# Order

Michigan Supreme Court
Lansing, Michigan

September 7, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156122(35)


AUTO CLUB GROUP INSURANCE
COMPANY,
       Plaintiff-Appellant,

v

TIMOTHY E. JOHNSON, ROBIN JOHNSON,
NICHOLAS JOHNSON, ALEX MOLLOY, and
LAKE DIANE PROPERTY OWNERS,
       Defendants,
and

PAUL JOSEPH SULLIVAN,
       Defendant-Appellee.
_____/

SC: 156122
COA: 330669
Hillsdale CC: 2015-000037-CK


AUTO CLUB GROUP INSURANCE
COMPANY,
       Plaintiff-Appellant,

v

TIMOTHY E. JOHNSON and ROBIN
JOHNSON,
       Defendants-Appellees,
and

NICHOLAS JOHNSON, ALEX MOLLOY,
PAUL JOSEPH SULLIVAN, and LAKE DIANE
PROPERTY OWNERS,
       Defendants.
_____/

SC: 156122
COA: 330698
Hillsdale CC: 2015-000037-CK

On order of the Chief Justice, the motion of the defendants-appellees Timothy and Robin Johnson to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer submitted on August 30, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 7, 2017



Clerk